**IN THE UNITED STATES BANKRUPTCY COURT, DISTRICT OF PUERTO RICO**

| | |
|---|---|
| IN RE: ANIBAL ALBALADEJO VEGA | Bkrtcy. No. 11-05876-BKT<br>Chapter 13 |

**STANDING CHAPTER 13 TRUSTEE §341 MEETING MINUTES AND REPORT ON CONFIRMATION**

Petition Filing Date: Jul 11, 2011    Meeting Date: Sep 20, 2011    DC Track No. 2

Days from petition date: 71    Meeting Time: 8:00 AM

910 Days before Petition: 1/12/2009    ☐ Chapter 13 Plan Date: Jul 11, 2011 Dkt.# 2    ☐ Amended.

This is debtor(s) _____ Bankruptcy petition.    Plan Base: $21,300.00

This is the _____ Scheduled Meeting    Confirmation Hearing Date: Nov 04, 2011    Time: 2:30 PM

Payment(s) ☐ Received or ☐ Evidence shown at meeting:    Ck/MO No.    Date    Amount    Total Paid In: $355.00

**I. Appearances:** ☐ Telephone ☐ Video Conference    ☐ Creditor(s) present:  ☑ None.
- ☑ Debtor Present    ☐ ID & Soc. OK    ☐ Debtor Absent
- ☐ Joint Debtor Present    ☐ ID & Soc. OK    ☐ Joint Debtor Absent
- Debtor(s) was/were ☑ Examined    ☐ Not Examined under oath.
- Attorney for Debtor(s) ☑ Present    ☐ Not Present
- ☐ Substitute attorney:    ☐ Pro-se.

**II. Attorneys Fees as per R 2016(b) Statement**    Attorney of record: JUAN O CALDERON LITHGOW*
Total Agreed: $3,000.00    Paid Pre-Petition: $200.00    Outstanding: $2,800.00 THROUGH THE PLAN

**III. Trustee's will file Motion to Dismiss:**  ☐ For Failure to appear;  ☐ For Failure to commence payments.

**IV. Trustee's Report on Confirmation & Status of §341 Meeting**
Debtor(s) Income is (are) ☐ Under ☐ Above Median Income.    Liquidation Value: _____
Commitment Period is ☐ 36 ☐ 60 months.    [§1325(b)(1)(B)] Gen. Unsecured Pool: _____

The Trustee ☐ RECOMMENDS ☐ OBJECTS Plan confirmation.
§341 Meeting ☑ CONTINUED ☐ NOT HELD ☐ CLOSED ☐ HELD OPEN FOR ___ DAYS
§341 Meeting Rescheduled for: October 6, 2011 at 3pm

**V. Trustee's OBJECTIONS to Confirmation:**
☐ FEASIBILITY [§1325(a)(6)]  ☐ INSUFFICIENTLY FUNDED  ☐ To pay §507  ☐ Fails Creditor's Best Interest Test §1325(A)(4)
☐ FAILS DISPOSABLE INCOME REQUIREMENTS  ☐ Failure to comply with Tax returns requirements. [§1308]
☐ Failure to comply with DSO requirements  ☐ Plan not filed in Good Faith §1325(a)(3)  ☐ Unfair Discrimination §1322(a)(3)

**ADDITIONAL OBJECTIONS / COMMENTS:**
Debtor must upload evidence of POW benefits.
Meeting was continued because Debtor did not have a valid identification. Debtor's driver's license was expired.

/s/ José R. Carrión
Trustee    Presiding Officer    Page 1 of 1    Date: Sep 20, 2011