## IN THE UNITED STATES BANKRUPTCY COURT, DISTRICT OF PUERTO RICO

IN RE: ANIBAL ALBALADEJO VEGA

Bkrtcy. No. 11-05876-BKT

Chapter 13

### STANDING CHAPTER 13 TRUSTEE §341 MEETING MINUTES AND REPORT ON CONFIRMATION

| | | |
|---|---|---|
| Petition Filing Date: Jul 11, 2011 | Meeting Date: Oct 06, 2011 | DC Track No. 26 |
| Days from petition date: 87 | Meeting Time: 3:00 PM | |
| 910 Days before Petition: 1/12/2009 | ☐ Chapter 13 Plan Date: Jul 11, 2011 Dkt.# 2 | ☐ Amended. |
| This is debtor(s) ___ Bankruptcy petition. | Plan Base: $21,300.00 | |
| This is the ___ Scheduled Meeting | Confirmation Hearing Date: Nov 04, 2011 | Time: 2:30 PM |
| Payment(s) ☐ Received or ☐ Evidence shown at meeting: | Ck/MO No. — Date — Amount | Total Paid In: $710.00 |

**I. Appearances:** ☐ Telephone ☐ Video Conference       ☐ Creditor(s) present:   ☒ None.
- ☒ Debtor Present       ☒ ID & Soc. OK       ☐ Debtor Absent
- ☐ Joint Debtor Present   ☐ ID & Soc. OK       ☐ Joint Debtor Absent
- Debtor(s) was/were ☒ Examined ☐ Not Examined under oath.
- Attorney for Debtor(s) ☒ Present ☐ Not Present
- ☐ Substitute attorney: J. Calderon ☐ Pro-se.

**II. Attorneys Fees as per R 2016(b) Statement**   Attorney of record: JUAN O CALDERON LITHGOW*
Total Agreed: $3,000.00     Paid Pre-Petition: $200.00     Outstanding: $2,800.00 THROUGH THE PLAN

**III. Trustee's will file Motion to Dismiss:** ☐ For Failure to appear; ☐ For Failure to commence payments.

**IV. Trustee's Report on Confirmation & Status of §341 Meeting**
- Debtor(s) Income is (are) ☒ Under ☐ Above Median Income.   Liquidation Value: —0—
- Commitment Period is ☒ 36 ☐ 60 months. [§1325(b)(1)(B)]   Gen. Unsecured Pool: ___
- The Trustee ☐ RECOMMENDS ☒ OBJECTS Plan confirmation.
- §341 Meeting ☐ CONTINUED ☐ NOT HELD ☒ CLOSED ☐ HELD OPEN FOR ___ DAYS
- §341 Meeting Rescheduled for: ___

**V. Trustee's OBJECTIONS to Confirmation:**
- ☐ FEASIBILITY [§1325(a)(6)]   ☐ INSUFFICIENTLY FUNDED   ☐ To pay §507   ☐ Fails Creditor's Best Interest Test §1325(A)(4)
- ☐ FAILS DISPOSABLE INCOME REQUIREMENTS   ☐ Tax returns requirements. [§1308] ___
- ☒ Failure to comply with DSO requirement(s)   ☐ Plan not filed in Good Faith §1325(a)(3)   ☐ Unfair Discrimination §1322(a)(3)

**ADDITIONAL OBJECTIONS / COMMENTS:**

① Submit name, Address & telephone of DSO recipient and evidence of post petition payments up to confirmation

② Debtor started working 2011

/s/ José R. Carrión
Trustee                Presiding Officer                Page 1 of 1                Date: Oct 06, 2011