**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO**

IN RE:

ANIBAL ALBALADEJO VEGA

XXX-XX-6264

         Debtor(s)

CASE NO. 11-05876 BKT

Chapter 13

**MINUTES OF FAST TRACK HEARING ON CONFIRMATION OF PLAN,
ORDER AND NOTICE**

1. Plan dated: **07/11/2011** (Docket no. **2**) is not confirmed.

   ___ The §341 meeting of creditors was continued to _____ at ___.

1. Hearing on Confirmation is continued to: **01/12/2012 at 09:00 A.M., US POST OFFICE AND COURTHOUSE BLDG, 300 RECINTO SUR STREET, COURTROOM 1 SECOND FLOOR, SAN JUAN, PR. Deadline to Object to Confirmation of the Plan: Objections must be filed not later than ten (10) days prior the hearing on confirmation as per P.R. Local Rule 3015-2(e)(1).**

2. **OTHER:**

                                        /S/Brian K. Tester
                                        U.S. Bankruptcy Judge

Date: **11/04/2011**                    BY:  Inecita Collazo
                                             Courtroom Deputy